```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division

ROE 1, et al.                    )
                                 )
        Plaintiffs,              )
                                 )       1:07cv1009 (JCC)
     v.                          )
                                 )
PRINCE WILLIAM COUNTY, et al.    )
                                 )
        Defendants.              )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion to Dismiss is GRANTED;

(2) Plaintiffs' Complaint is DISMISSED without prejudice;

(3) Plaintiffs' Motion to Proceed by Fictitious Names is DENIED as moot;

(4) the Clerk shall forward copies of this Order to all counsel of record.

```
December 3, 2007                      /s/
Alexandria, Virginia          James C. Cacheris
                          UNITED STATES DISTRICT COURT JUDGE
```